# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Nona R Moore § Case No. 14-18054
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/13/2014 . The undersigned trustee was appointed on 05/13/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     84,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 31,220.82 |
| Bank service fees | 276.33 |
| Other payments to creditors | 9,045.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 28,457.85 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/03/2014 and the deadline for filing governmental claims was 11/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,700.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,700.00 , for a total compensation of $ 6,700.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 16.26 , for total expenses of $ 16.26 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/10/2016          By:/s/Joji Takada, Chapter 7 Trustee
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-18054 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Nona R Moore | | | | Date Filed (f) or Converted (c): | 05/13/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/30/2014 |
| For Period Ending: | 10/10/2016 | | | | Claims Bar Date: | 11/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account<br><br>Chase checking account | 25.00 | 25.00 | | 0.00 | FA |
| 2. Household Goods Furnishings<br><br>Household goods; TV, DVD player, TV stand, stereo,<br>sofa, vacuum, table, chairs, lamps, bedroom sets,<br>washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3. Books Collectibles<br><br>Books, CD's, DVD's, Tapes/Records, Family Pictures | 100.00 | 100.00 | | 0.00 | FA |
| 4. Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 5. Furs Jewelry<br><br>Earrings, watch, costume jewelry | 75.00 | 75.00 | | 0.00 | FA |
| 6. Insurance Policy<br><br>Whole Life Insurance - No Cash Surrender Value. | 101.00 | 101.00 | | 0.00 | FA |
| 7. Personal Injury Lawsuit<br><br>Pending Personal injury claim stemming from a car<br>accident, attorney retained Mario P Carlasare | 0.00 | 100,000.00 | | 84,000.00 | FA |
| 8. Other Litigation<br><br>Grievance filed with local union for $.80 back pay<br><br>owed over 1 year time period, currently in arbitration. | 1,675.00 | 1,675.00 | | 0.00 | FA |
| 9. Vehicle<br><br>2002 Dodge Neon | 890.00 | 890.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $4,566.00      $104,566.00      $84,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Correspondence to PI attorney Mario Carlasare re: status/update on PI case. - Joji Takada 7/24/2014

Trustee following up with PI attorney re: status of case. - Joji Takada 11/30/2014

Trustee following up with PI attorney re: status of case; Case being scheduled for binding arbitration. - Joji Takada 4/8/2015

Settlement offered and approved by court; Lien claimants paid; Preparing TFR. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 05/13/2015        Current Projected Date of Final Report (TFR): 05/13/2016

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                Exhibit B

| | |
|---|---|
| Case No: 14-18054 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Nona R Moore | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0148 |
| | Checking |
| Taxpayer ID No: XX-XXX4573 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/10/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/15 | 7 | State Farm Mutual Automobile Insurance Company | Settlement payment Settlement re personal injury claim | 1142-000 | $64,000.00 | | $64,000.00 |
| 10/05/15 | 7 | Esurance Property & Casualty Insurance Co. | Settlement payment Settlement re personal injury litigation | 1142-000 | $20,000.00 | | $84,000.00 |
| 10/06/15 | 1001 | Nona Moore c/o Victoria Lakotich Rathbun, Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, Illinois 60431 | Exemption payment to Debtor re personal injury settlement | 8100-002 | | $15,000.00 | $69,000.00 |
| 10/09/15 | 1002 | Rathbun Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, Illinois 60431 Attn: Vicki Lakotich | Payment to trustee professional Special counsel contingency fee | 3210-000 | | $28,000.00 | $41,000.00 |
| 10/09/15 | 1003 | Rathbun Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, Illinois 60431 Attn: Vicki Lakotich | Payment to trustee professional Special counsel reimbursed expenses | 3220-000 | | $3,220.82 | $37,779.18 |
| 10/09/15 | 1004 | UFCW Midwest Benefit Fund 9801 West Higgins Road, Suite 500 Rosemont, Illinois 60018 Attn: Tom Pasco | Medical lien payoff UFCW Midwest Fund lien claim | 4220-000 | | $9,045.00 | $28,734.18 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.96 | $28,666.22 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.25 | $28,624.97 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.56 | $28,582.41 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.50 | $28,539.91 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.69 | $28,500.22 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.37 | $28,457.85 |

Page Subtotals:     $84,000.00     $55,542.15

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $84,000.00 | $55,542.15 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $84,000.00 | $55,542.15 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $84,000.00 | $40,542.15 |

Exhibit B

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0148 - Checking | $84,000.00 | $40,542.15 | $28,457.85 |
| | $84,000.00 | $40,542.15 | $28,457.85 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $84,000.00 |
| Total Gross Receipts: | $84,000.00 |

Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-18054　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: October 10, 2016
Debtor Name: Nona R Moore
Claims Bar Date: 11/3/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Nona Moore c/o Victoria Lakotich Settlement Coordinator Rathbun, Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, Illinois 60431 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $6,700.00 | $6,700.00 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $16.26 | $16.26 |
| 100 3210 | Rathbun Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, Illinois 60431 Attn: Frank Cservenyak Jr | Administrative | | $0.00 | $28,000.00 | $28,000.00 |
| 100 3220 | Rathbun Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, Illinois 60431 Attn: Frank Cservenyak Jr | Administrative | | $0.00 | $3,220.82 | $3,220.82 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $337.39 | $337.39 |
| 2 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,591.55 | $1,591.55 |
| 3 300 7100 | American Infosource Lp As Agent For Presence Health Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $869.34 | $869.34 |
| 4 300 7100 | American Infosource Lp As Agent For Presence Health Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $22,159.26 | $22,159.26 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-18054　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: October 10, 2016
Debtor Name: Nona R Moore
Claims Bar Date: 11/3/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $728.26 | $728.26 |
| 6<br>300<br>7100 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $355.91 | $355.91 |
| 7<br>300<br>7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,705.87 | $1,705.87 |
| 8<br>300<br>7100 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, Mn 56303 | Unsecured | | $0.00 | $874.90 | $874.90 |
| 9<br>300<br>7100 | Credit First Na<br>Po Box 818011<br>Cleveland, Oh 44181 | Unsecured | | $0.00 | $847.30 | $847.30 |
| 10<br>300<br>7100 | American Infosource Lp As Agent For<br>Asset Acceptance<br>As Assignee Of Bank Of America<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $19,460.68 | $19,460.68 |
| 11<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $390.79 | $390.79 |
| 12<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $569.81 | $569.81 |
| 13<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $426.07 | $426.07 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-18054　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: October 10, 2016
Debtor Name: Nona R Moore
Claims Bar Date: 11/3/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $857.62 | $857.62 |
| 400 4220 | UFCW Midwest Benefit Fund 9801 West Higgins Road, Suite 500 Rosemont, Illinois 60018 Attn: Tom Pasco | Secured | | $0.00 | $9,045.00 | $9,045.00 |
| | Case Totals | | | $0.00 | $113,156.83 | $113,156.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-18054
Case Name: Nona R Moore
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 28,457.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | UFCW Midwest Benefit Fund | $ 9,045.00 | $ 9,045.00 | $ 9,045.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 28,457.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 6,700.00 | $ 0.00 | $ 6,700.00 |
| Trustee Expenses: Joji Takada | $ 16.26 | $ 0.00 | $ 16.26 |
| Attorney for Trustee Fees: Rathbun Cservenyak & Kozol, LLC | $ 28,000.00 | $ 28,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: Rathbun Cservenyak & Kozol, LLC | $ 3,220.82 | $ 3,220.82 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 6,716.26

Remaining Balance $ 21,741.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,174.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 337.39 | $ 0.00 | $ 143.34 |
| 2 | Quantum3 Group Llc As Agent For | $ 1,591.55 | $ 0.00 | $ 676.17 |
| 3 | American Infosource Lp As Agent For | $ 869.34 | $ 0.00 | $ 369.34 |
| 4 | American Infosource Lp As Agent For | $ 22,159.26 | $ 0.00 | $ 9,414.36 |
| 5 | American Infosource Lp As Agent For | $ 728.26 | $ 0.00 | $ 309.40 |
| 6 | American Infosource Lp As Agent For | $ 355.91 | $ 0.00 | $ 151.21 |
| 7 | N. A. Capital One | $ 1,705.87 | $ 0.00 | $ 724.74 |
| 8 | Webbank-Fingerhut | $ 874.90 | $ 0.00 | $ 371.70 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Credit First Na | $ 847.30 | $ 0.00 | $ 359.98 |
| 10 | American Infosource Lp As Agent For | $ 19,460.68 | $ 0.00 | $ 8,267.87 |
| 11 | Capital Recovery V, Llc | $ 390.79 | $ 0.00 | $ 166.03 |
| 12 | Capital Recovery V, Llc | $ 569.81 | $ 0.00 | $ 242.08 |
| 13 | Capital Recovery V, Llc | $ 426.07 | $ 0.00 | $ 181.02 |
| 14 | Capital Recovery V, Llc | $ 857.62 | $ 0.00 | $ 364.35 |

Total to be paid to timely general unsecured creditors       $       21,741.59

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE