# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Nona R Moore | § | Case No. 14-18054 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00  
*(Without deducting any secured claims)*

Assets Exempt: 21,076.00

Total Distributions to Claimants: 30,786.59

Claims Discharged  
Without Payment: 5,007,110,744,740.16

Total Expenses of Administration: 38,213.41

---

3) Total gross receipts of $ 84,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 69,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 9,045.00 | $ 9,045.00 | $ 9,045.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 38,213.41 | 38,213.41 | 38,213.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,007,110,715,307.00 | 51,174.75 | 51,174.75 | 21,741.59 |
| **TOTAL DISBURSEMENTS** | $ 5,007,110,715,307.00 | $ 98,433.16 | $ 98,433.16 | $ 69,000.00 |

4) This case was originally filed under chapter 7 on 05/13/2014 . The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017                By: /s/Joji Takada, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit | 1142-000 | 84,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 84,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nona Moore | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UFCW Midwest Benefit Fund | 4220-000 | NA | 9,045.00 | 9,045.00 | 9,045.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 9,045.00** | **$ 9,045.00** | **$ 9,045.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 6,700.00 | 6,700.00 | 6,700.00 |
| Joji Takada | 2200-000 | NA | 16.26 | 16.26 | 16.26 |
| Associated Bank | 2600-000 | NA | 276.33 | 276.33 | 276.33 |
| Rathbun Cservenyak & Kozol, LLC | 3210-000 | NA | 28,000.00 | 28,000.00 | 28,000.00 |
| Rathbun Cservenyak & Kozol, LLC | 3220-000 | NA | 3,220.82 | 3,220.82 | 3,220.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 38,213.41 | $ 38,213.41 | $ 38,213.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Associate Pathologists of Joliet 2205 Point Blvd Elgin IL 60123 | | 606.00 | NA | NA | 0.00 |
| | 10 Creditors Collection B Attn: Bankruptcy Dept. 755 Almar Pkwy Bourbonnais IL 60914 :  4361654 11 Creditors Collection Bureau Bankruptcy Department PO Box 63 Kankakee IL 60901 | | 944,994.00 | NA | NA | 0.00 |
| | 12 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 752.00 | NA | NA | 0.00 |
| | 13 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 366.00 | NA | NA | 0.00 |
| | 14 Creditors Discount & Audit Co. Bankruptcy Department PO Box 213 Streator IL 61364 : 15 EMP of Will County 4535 Dressler Rd NW Canton OH 44718 | | 25,896.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 17 Escallate LLC Attn: Bankruptcy Dept. 5200 Stoneham Rd North Canton OH 44720 | | 896.00 | NA | NA | 0.00 |
| | 18 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 :  XXXXX2976 19 Fingerhut/CIT Bank Bankruptcy Department 6250 Ridgewood Rd. Saint Cloud MN 56303 | | 496.00 | NA | NA | 0.00 |
| | 2 ATG Credit Attn: Bankruptcy Dept. 1700 W Cortland St Ste 2 Chicago IL 60622 | | 544.00 | NA | NA | 0.00 |
| | 20 Firstsource Advantage, LLC Bankruptcy Department 1661 Lyndon Farm Court Louisville KY 40223 | | 13,113.00 | NA | NA | 0.00 |
| | 21 Gecrb/CARCARE ONE Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | 400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 Gecrb/JCP Attn: Bankruptcy Dept. Po Box 984100 El Paso TX 79998 | | 315.00 | NA | NA | 0.00 |
| | 23 Gecrb/JCP Attn: Bankruptcy Dept. Po Box 984100 El Paso TX 79998 | | 815.00 | NA | NA | 0.00 |
| | 24 Gecrb/Walmart Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 : XXXXX2976 25 Heartland Cardiovascular 301 N Madison St Joliet IL 60435 | | 503,365.00 | NA | NA | 0.00 |
| | 26 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | 369.00 | NA | NA | 0.00 |
| | 27 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 :  14442530 28 Joliet Radiological 36910 Treasury Center Dr Chicago IL 60694 | | 111,544.00 | NA | NA | 0.00 |
| | 29 Kohls/Capone Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 1,576.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 BANK OF America C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | 19,342.00 | NA | NA | 0.00 |
| | 30 MBNA America N.A. C/O Cach, LLC 4340 S Monaco St Unit 2 Denver CO 80237 : 120017228765 31 Midwest respiratory 10660 West 143rd St Orland Park IL 60462 | | 17,203,819.00 | NA | NA | 0.00 |
| | 32 ONCRCBOl PO Box 1022 Wixom MI 48393 | | 2,310.00 | NA | NA | 0.00 |
| | 33 Pain Centers of Chicago PO Box 305 Bedford Park IL 60499 : 34 Precision Surgical Consultants 300 Barney Drive Joliet IL 60435 : 35 Provena Saint Joseph Med. Ctr. Bankruptcy Department PO Box 88097 Chicago IL 60680 : 36 Provena Saint Joseph Med. Ctr. Ban | | 5,002,123,751,445.00 | NA | NA | 0.00 |
| | 37 Provena Saint Joseph Med. Ctr. Bankruptcy Department 1643 Lewis Ave Billings MT 59102 | | 15,206.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 38 Provena Saint Joseph Med. Ctr. Bankruptcy Department 1643 Lewis Ave Billings MT 59102 | | 22,112.00 | NA | NA | 0.00 |
| | 39 Quest Diagnostics PO Box 7306 Hollister MO 65673 : 40 Silver Cross Hospital Attn: Bankruptcy Department 1900 Silver Cross Blvd New Lenox IL 60451 : 41 Southwest Infectious 1051 Essington Rd Joliet IL 60435 | | 3,622,500,752.00 | NA | NA | 0.00 |
| | 42 Surgical Consultants of Joliet 2nd Cirlce 1st Floord Joliet IL 60435 | | 384.00 | NA | NA | 0.00 |
| | 43 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 : XXXXX2976 44 Tuffy 600 E 9th St Lockport IL 60441 : 45 Will COunty Community Health Center 501 Ella Ave Joliet IL 60433 | | 90,030.00 | NA | NA | 0.00 |
| | 7 COMENITY BANK/Cathrins Attn: Bankruptcy Dept. 4590 E Broad St Columbus OH 43213 | | 248.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | COMENITY BANK/Fashbug Attn: Bankruptcy Dept. Po Box 182272 Columbus OH 43218 | | 1,258.00 | NA | NA | 0.00 |
| 9 | Credit First N A Attn: Bankruptcy Dept. 6275 Eastland Rd Brookpark OH 44142 | | 786.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau Bankruptcy Dept. PO Box 63 Kankakee IL 60901 | | 0.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit Co. Bankruptcy Dept. PO Box 213 Streator IL 61364 | | 0.00 | NA | NA | 0.00 |
| | Escallate LLC Bankruptcy Dept. PO Box 710715 Columbus OH 43271 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman Anselmo Lindberg LLC Bankruptcy Dept. 1771 West Diehl Rd. Naperville IL 60563 4 Boling Medical 899 G South Weber Rd Bolingbrook IL 60490 : 5 Cardiology Interpretation 2801 Black Rd suite A Joliet IL 60435 : 6 Chase 1247 Broadway Sonoma CA 95476 | | 1,345,501,568.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group LLC Bankruptcy Dept. 991 Oak Creek Dr. Lombard IL 60148 | | 0.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group LLC Bankruptcy Dept. 991 Oak Creek Dr. Lombard IL 60148 | | 0.00 | NA | NA | 0.00 |
| | PO Box 157 Hawthorne NY 10532 | | 0.00 | NA | NA | 0.00 |
| | Receiveables | | 0.00 | NA | NA | 0.00 |
| | United Recovery Service LLC Bankruptcy Dept. 18525 Torrence Ave., Ste. C-6 Lansing IL 60438 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Will County Circuit Court Bankruptcy Dept. 14 W. Jefferson St Joliet IL 60432 |  | 0.00 | NA | NA | 0.00 |
| 10 | American Infosource Lp As Agent For | 7100-000 | NA | 19,460.68 | 19,460.68 | 8,267.87 |
| 3 | American Infosource Lp As Agent For | 7100-000 | NA | 869.34 | 869.34 | 369.34 |
| 4 | American Infosource Lp As Agent For | 7100-000 | NA | 22,159.26 | 22,159.26 | 9,414.36 |
| 5 | American Infosource Lp As Agent For | 7100-000 | NA | 728.26 | 728.26 | 309.40 |
| 6 | American Infosource Lp As Agent For | 7100-000 | NA | 355.91 | 355.91 | 151.21 |
| 11 | Capital Recovery V, Llc | 7100-000 | NA | 390.79 | 390.79 | 166.03 |
| 12 | Capital Recovery V, Llc | 7100-000 | NA | 569.81 | 569.81 | 242.08 |
| 13 | Capital Recovery V, Llc | 7100-000 | NA | 426.07 | 426.07 | 181.02 |
| 14 | Capital Recovery V, Llc | 7100-000 | NA | 857.62 | 857.62 | 364.35 |
| 9 | Credit First Na | 7100-000 | NA | 847.30 | 847.30 | 359.98 |
| 7 | N. A. Capital One | 7100-000 | NA | 1,705.87 | 1,705.87 | 724.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 337.39 | 337.39 | 143.34 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 1,591.55 | 1,591.55 | 676.17 |
| 8 | Webbank-Fingerhut | 7100-000 | NA | 874.90 | 874.90 | 371.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 5,007,110,715,307.00 | $ 51,174.75 | $ 51,174.75 | $ 21,741.59 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-18054 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Nona R Moore | | | | Date Filed (f) or Converted (c): | 05/13/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/30/2014 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 11/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account<br><br>Chase checking account | 25.00 | 25.00 | | 0.00 | FA |
| 2. Household Goods Furnishings<br><br>Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3. Books Collectibles<br><br>Books, CD's, DVD's, Tapes/Records, Family Pictures | 100.00 | 100.00 | | 0.00 | FA |
| 4. Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 5. Furs Jewelry<br><br>Earrings, watch, costume jewelry | 75.00 | 75.00 | | 0.00 | FA |
| 6. Insurance Policy<br><br>Whole Life Insurance - No Cash Surrender Value. | 101.00 | 101.00 | | 0.00 | FA |
| 7. Personal Injury Lawsuit<br><br>Pending Personal injury claim stemming from a car accident, attorney retained Mario P Carlasare | 0.00 | 100,000.00 | | 84,000.00 | FA |
| 8. Other Litigation<br><br>Grievance filed with local union for $.80 back pay owed over 1 year time period, currently in arbitration. | 1,675.00 | 1,675.00 | | 0.00 | FA |
| 9. Vehicle<br><br>2002 Dodge Neon | 890.00 | 890.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,566.00 | $104,566.00 | $84,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Correspondence to PI attorney Mario Carlasare re: status/update on PI case. - Joji Takada 7/24/2014

Trustee following up with PI attorney re: status of case. - Joji Takada 11/30/2014

Trustee following up with PI attorney re: status of case; Case being scheduled for binding arbitration. - Joji Takada 4/8/2015

Settlement offered and approved by court; Lien claimants paid; Preparing TFR.  - Joji Takada 12/22/2015

TFR approved; Distribution checks issues. - Joji Takada 12/5/2016


Initial Projected Date of Final Report (TFR): 05/13/2015          Current Projected Date of Final Report (TFR): 05/13/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-18054 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Nona R Moore | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0148 |
| | Checking |
| Taxpayer ID No: XX-XXX4573 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/15 | 7 | State Farm Mutual Automobile Insurance Company | Settlement payment<br>Settlement re personal injury claim | 1142-000 | $64,000.00 | | $64,000.00 |
| 10/05/15 | 7 | Esurance Property & Casualty Insurance Co. | Settlement payment<br>Settlement re personal injury litigation | 1142-000 | $20,000.00 | | $84,000.00 |
| 10/06/15 | 1001 | Nona Moore<br>c/o Victoria Lakotich<br>Rathbun, Cservenyak & Kozol, LLC<br>3260 Executive Drive<br>Joliet, Illinois 60431 | Exemption payment to Debtor re personal injury settlement | 8100-002 | | $15,000.00 | $69,000.00 |
| 10/09/15 | 1002 | Rathbun Cservenyak & Kozol, LLC<br>3260 Executive Drive<br>Joliet, Illinois 60431<br>Attn: Vicki Lakotich | Payment to trustee professional<br><br>Special counsel contingency fee | 3210-000 | | $28,000.00 | $41,000.00 |
| 10/09/15 | 1003 | Rathbun Cservenyak & Kozol, LLC<br>3260 Executive Drive<br>Joliet, Illinois 60431<br>Attn: Vicki Lakotich | Payment to trustee professional<br><br>Special counsel reimbursed expenses | 3220-000 | | $3,220.82 | $37,779.18 |
| 10/09/15 | 1004 | UFCW Midwest Benefit Fund<br>9801 West Higgins Road, Suite 500<br>Rosemont, Illinois 60018<br>Attn: Tom Pasco | Medical lien payoff<br>UFCW Midwest Fund lien claim | 4220-000 | | $9,045.00 | $28,734.18 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.96 | $28,666.22 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.25 | $28,624.97 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.56 | $28,582.41 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.50 | $28,539.91 |

Page Subtotals: $84,000.00  $55,460.09

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-18054  
Case Name: Nona R Moore  
Taxpayer ID No: XX-XXX4573  
For Period Ending: 04/07/2017  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0148  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.69 | $28,500.22 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.37 | $28,457.85 |
| 12/05/16 | 1005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $6,700.00 | $21,757.85 |
| 12/05/16 | 1006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $16.26 | $21,741.59 |
| 12/05/16 | 1007 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $143.34 | $21,598.25 |
| 12/05/16 | 1008 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $676.17 | $20,922.08 |
| 12/05/16 | 1009 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $369.34 | $20,552.74 |
| 12/05/16 | 1010 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $9,414.36 | $11,138.38 |
| 12/05/16 | 1011 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $309.40 | $10,828.98 |
| 12/05/16 | 1012 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $151.21 | $10,677.77 |

Page Subtotals: $0.00  $17,862.14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-18054
Case Name: Nona R Moore
Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0148
Checking

Taxpayer ID No: XX-XXX4573
For Period Ending: 04/07/2017
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/16 | 1013 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $724.74 | $9,953.03 |
| 12/05/16 | 1014 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, Mn 56303 | Final distribution per court order. | 7100-000 | | $371.70 | $9,581.33 |
| 12/05/16 | 1015 | Credit First Na<br>Po Box 818011<br>Cleveland, Oh 44181 | Final distribution per court order. | 7100-000 | | $359.98 | $9,221.35 |
| 12/05/16 | 1016 | American Infosource Lp As Agent For Asset Acceptance<br>As Assignee Of Bank Of America<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $8,267.87 | $953.48 |
| 12/05/16 | 1017 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $166.03 | $787.45 |
| 12/05/16 | 1018 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $242.08 | $545.37 |
| 12/05/16 | 1019 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $181.02 | $364.35 |
| 12/05/16 | 1020 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $364.35 | $0.00 |

COLUMN TOTALS  $84,000.00  $84,000.00

Page Subtotals:  $0.00  $10,677.77

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $84,000.00 | $84,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $84,000.00 | $69,000.00 |

Exhibit 9

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0148 - Checking | $84,000.00 | $69,000.00 | $0.00 |
|  | $84,000.00 | $69,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $84,000.00 |
| Total Gross Receipts: | $84,000.00 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*